Name: Tonisha T. Robinson
Address: 12311 Chandler blvd #43
North Hollywood, Ca, 91607
Phone: (424)230-9668

Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
NOV 1 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
CLERK U.S. DISTRICT COURT
NOV - 5 2012
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TONISHA T ROBINSON

PLAINTIFF,

vs.

CHILD PROTECTIVE SERVICES
HOLLYWOOD PRESBYTERIAN HOSPITAL
W.I.C.
HOLLYWOOD POLICE DEPT
L.A.P.D.
DOE DEFENDANTS

DEFENDANT(S).

Case No.: CV12-9469 DSF (FFMx)
(To be supplied by the Clerk)

**COMPLAINT FOR:**

Damages Pursuant to 42.U.S.C. §1983, Civil rights act 1964 Section 504, Rehabilitation act of 1973 Civil rights act of 1871 Violations of amendments 1, 4, 5, 6, 14, 8, under color of law, americans disability act of 1990, under color of law

**Jury Trial Demanded:** ☒ Yes ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under 28 USC.§1331 Federal Question Jurisdiction Arises Pursuant To 42 U.S.C.§1983

**1**

Page Number

## II. VENUE

2. Venue is proper pursuant to <u>Venue is proper Pursuant to 28 USC 1391, because the defendants are Federal government entities, work for the federal government as officials, social workers, law enforcement or live in the area. Plaintiff also lives in this district.</u>

## III. PARTIES

3. Plaintiff's name is <u>TONISHA ROBINSON</u>. Plaintiff resides at: <u>12311 Chandler Blvd #43, North Hollywood, Ca, 91607</u>

4. Defendant <u>CHILD PROTECTIVE SERVICES, NENITA BULANDUS, KAVINDRA JACOBS, RENEE MONTGOMERY, PAULA GAMBOA, DONNA AYALA, TOMIKA MASON, ROWENA WILLINGHAM, DOE DEFENDANTS, PHILIP BROWNING, SHARON SMITH, 1933 SOUTH BROADWAY, SUITE 6, LOS ANGELES, CA, 90007</u>

5. Defendant <u>HOLLYWOOD PRESBYTERIAN HOSPITAL, HOSPITAL SOCIAL WORKERS SHANNON LEE, DAWA LAVERNE, N.I.C.U. DOCTORS, DOE DEFENDANTS, N.I.C.U. MANAGER DR. GARINGO, LABOR DELIVERY (x3) STAFF, DR. JEREMIAH NIELSON, AIDA CABINTA, FIONA WERTHEIMER, ROXANNE ARCINE</u>

2

*Page Number*

6. HOLLYWOOD POLICE DEPARTMENT, OFFICER DALTON #40416, OFFICER DE LA TORRE #39264 OFFICER HABIBI #32760 OFFICER ADAMS #34837 OFFICER CHEEVER #46714 OFFICER HANAMAIKEA #31565 DETECTIVE S. CARLOS #25865 MARK COHAN #34916 OFFICER RINCON #38814 OFFICER FRANCO #38996
1358 N. WILCOX AVENUE, LOS ANGELES, CA, 90028
DOE DEFENDANTS, JUVENILE DIVISION OFFICER DUARTE #40715
OFFICER CHUNG 40277 OFFICER HORN 38997

7. LOS ANGELES POLICE DEPARTMENT
DETECTIVE S. CARLOS #25865
OFFICER HANAMAIKEA #31565
100 E. FIRST STREET, LOS ANGELES, CA, 90012

8. WOMEN INFANTS CHILDREN (QUEEN'S CARE)
4618 FOUNTAIN AVE, LOS ANGELES, CA, 90028
DOE DEFENDANTS

## IV. STATEMENT OF FACTS

1. ON OCTOBER 28TH, 2011, TWO SURVIVING TRIPLETS (ONE LOST EARLY TRIMESTER) AVA & VALENTINA WERE BORN PREMATURE, LOW BIRTH WEIGHT, FEEDING PROBLEMS, RESPIRATORY PROBLEMS, HIP ~~CLICK DISLOCATION~~ & OTHER HEALTH ISSUES. MOTHER HAD BABIES VIA C-SECTION, IN WHICH ONLY 3 STAFF/DOCTOR/PERSONS DELIVERED CHILDREN. MOTHER WAS NOT ABLE TO TOUCH OR HOLD BABIES FOR DAYS AFTER BIRTH. BABIES WERE 4 & 3 POUNDS, JAUNDICED AND ONE CHILD CODE BLUED DUE TO IMPROPER BOTCHED P.I.C.C. LINE PROCEDURE WHICH INJURED CHILD. BOTH CHILDREN CURRENTLY ARE RECIEVING SSI FOR PERMANENT PHYSICAL, RESPIRATORY & NEUROLOGICAL ISSUES. ON NOV 5TH, CHILDREN WERE PLACED ON EMERGENCY HOLD FROM CPS IN WHICH ALLEGATIONS OF MURDER AND OTHER ALLEGATIONS OCCURRED, I WAS NOT PRIVY TO THAT INFORMATION UNTIL THE FOLLOWING DAY/MORNING. 6THLS SUBJECT TO INVASIVE EXAMS, XRAYS WITHOUT LEAD VESTS ETC. (BETWEEN 1-2)

2. ON NOVEMBER 6,TH 2011, AT 1:00 IN MORNING. TWO POLICE OFFICERS AND A SOCIAL WORKER BANGED ON MY DOOR, WITH FLASH LIGHTS BLAZING, DEMANDING I OPEN MY DOOR. I HAD BEEN DOING LAUNDRY, AND ATTEMPTING TO RECOVER FROM C-SECTION I NOTICED DENTS ON FRONT DOOR, FROM BANGING, I RELUCTANTLY ~~GREAT~~ CRACKED OPEN DOOR POKED OUT HEAD AND ASKED REASONING FOR VISIT. THE SOCIAL WORKER ASKED ME QUESTIONS ABOUT POST TRAUMATIC STRESS DISORDER, ADOPTION, MY INCOME, EDUCATION, SINGLE PARENT STATUS, DOMESTIC VIOLENCE, THE PARENTAGE OF CHILDREN (PATERNAL) I ATTEMPTED TO RELAY A NUMBER OF AN ATTORNEY TO ALSO DISCONTINUE CONVERSATION WITH HER. I DID NOT ADVISE ENTRY SHE AND POLICE CAME INTO MY APARTMENT STATING "SHE HAS MORE AUTHORITY THAN US." THE HOUSE WAS SEARCHED, THE POLICE AND CPS CAME AGAIN HOURS LATER SEARCHED THE HOME AGAIN AND KNOCKED ON ALL NEIGHBORS DOORS CANVASSING, SOLICITATING INFO ON MY LIFE TO NEIGHBORS APARTMENT MANAGER AND ASKING QUESTIONS. (I WAS NOT GIVEN A WARRANT FOR ANY SEARCHES.)

3. MY NEIGHBORS, APARTMENT MANAGER HAD CALLED CPS AS WELL AS A FORMER CHURCH CULT THAT HAD CALLED CPS ON ME DUE TO MY NOT WANTING TO "LET THEM PAY ME $2,500 IN A SPECIAL ACCOUNT" TO PAY FOR OR ADOPT MY CHILDREN. I DECLINED CHURCH SERVICE WITH HOLLYWOOD CHURCH AND WAS RETALIATED AGAINST. I NO LONGER ALLOWED CHURCH MEMBERS TO COME TO MY PRENATAL OR DOCTORS APPOINTMENTS. I DISASSOCIATED FROM THE CHURCH AND THIS WAS RETALIATION. I WAS TOLD TO MEET SOCIAL WORKERS AT HOSPITAL FOR CHILDREN THE NEXT DAY MY BABIES HAD NO I.D. BRACELETS ON CRIBS, BODY AND THERE WAS A CONFUSION AS TO WHICH CHILD WAS MINE AS THEY WERE SEPERATED IN ROOM AT ONE POINT. I TOUCHED A CHILD THAT WAS NOT MINE.

4. ON NOVEMBER 6, & 7/7H, 2011, I MET WITH SOCIAL WORKERS AGAIN AT HOSPITAL. (I FIRST MET SHANNON LEE PRIOR TO HAVING BABIES, WHO THREATENED "I WOULD SEE HER AGAIN" BECAUSE I WOULD NOT REVEAL MY PERSONAL LIFE HISTORY TO HER OR INFO ON A PAST ILLEGAL ADOPTION THAT OCCURRED.) MY PHONE CALL TO A ~~[redacted]~~ ASSOCIATE AND VISITOR OF BABIES AT HOSPITAL WHILE ON HOSPITAL PHONE WE NOTED OUR CALLS WERE BEING MONITORED VIA HOSPITAL NURSING STATION. DANA LAVERNE HOSPITAL SOCIAL WORKERS, MS LEE ALSO DID CONFERENCE WITH CPS SOCIAL WORKERS, DOCTORS TO "EXPEDITE REMOVAL" OF SICK BABIES FROM HOSPITAL. I WAS GIVEN PAPERS TO AUTHORIZE REMOVAL AT HOSPITAL. DANA LAVERNE ATTEMPTED TO ARGUE WITH ME WHILE VISITING BABIES IN N.I.C.U.

5. ONE BABY WAS REMOVED FROM APPARATUSES, MACHINES, ETC FROM HOSPITAL NOV 7th 2011, I WAS NOT TOLD THEY WERE TO BE REMOVED UNTIL A SOCIAL WORKER & TWO TRANSPORTERS FOR CPS CAME OUTSIDE BEDROOM. AT THAT TIME I HAD BEEN SPEAKING TO A CPS SOCIAL WORKER SUPERVISOR ABOUT ALLEGATIONS AGAINST ME, BABIES WERE SEPERATED ON DIFFERENT LEVELS OF HOSPITAL (3RD & 5TH FLOOR) I WAS IN A ROOM WITH ANOTHER PARENT AND HER CHILD CRIED IN WHICH THE SUPERVISOR OF CPS TERMINATED PHONE CALL AND CALLED NURSING STATION TO HAVE MY DAUGHTER REMOVED AWAY FROM ME IN HER GLASS ISOLETTE.

6. THE NURSE REMOVED ALL APPARATUSES OF HERS AND THREW IT IN THE TRASH. I WENT THROUGH THE TRASH TO KEEP BABIES STUFF FOR "SENTIMENTAL VALUE." N.I.C.U. MANAGER WAS CALLED INTO ROOM BY MYSELF AND OTHER ROOMATE IN ROOM AS WE NOTICED ALL OF OUR BABIES FOOTPRINTS HAD BEEN FALSIFIED. I NOTICED ALSO MY BABIES FOOTPRINTS WERE ALTERED AND SOCIAL WORKERS AND FOSTER PARENT SIGNED DOCUMENTS THAT WERE ONLY SUPPOSED TO BE RESERVED FOR ME AS MOTHER. THE BABY WAS THEN WHEELED DOWN HALL IN A DIAPER IN A ROOM WITH DOCTORS, NURSES, SOCIAL WORKERS, NICU MANAGER AND TRANSPORTERS. A NURSE RESERVED A DOCUMENT FOR ME "SHE FELT I WAS GOING TO KEEP AND NEED FOR LATER."

5

# IV. STATEMENT OF FACTS

7. THE NICU MANAGER HELD MY HAND TO GO DOWNSTAIRS TO SEE OTHER BABY IN N.I.C.U. I ASKED THE TRANSPORTERS TO PROTECT BABIES, CLOTH THEM. THE TRANSPORTER TOLD ME HE WAS ONCE A WORKER FOR CPS AND STOPPED WORKING FOR THEM AS HE WAS "TIRED OF SEEING INNOCENT PEOPLE LOSE THEIR KIDS BUT HE WOULD ENSURE HER SAFETY WHILE TRAVELING. I WENT TO N.I.C.U. WITH NICU MANAGER SOBBING, CRYING, TRYING TO MAKE SENSE OF WHY WE WERE SUFFERING AND WHY KIDS WERE BEING REMOVED. SOCIAL WORKER TELLS ME PEOPLE LIKE ME GETTING MY KIDS REMOVED DUE TO DOING ADOPTION & P.T.S.D. (NOVEMBER, 9TH, 2011)

8. MY COURTDATE WAS THE FOLLOWING DAY. I FILED WRITTEN COMPLAINTS AT HOSPITAL, THE PRIOR DAY. I HAD TO LEARN HOW TO WALK, TALK, BREATH, AND RECOVER QUICKLY WITH CSECTION TO CLIMB UP A HILL AND USE BUS TRANSPORTATION TO GO FROM HOLLYWOOD TO MONTEREY PARK COURT. MY CSECTION WAS SEVERLEY INFECTED AND I NEEDED TO GO TO HOSPITAL DURING VISIT OF HOSPITAL WITH SECOND CHILD LATER ON. CPS NOTIFIES ADOPTIVE PARENTS ON CPS CASE AND INFORMS HOSPITAL, WHICH FAXES OUR MEDICAL RECORDS TO W.I.C. FOOD AGENCY, BREAKING CONFIDENTIALITY / "SEALED RECORDS."

9. DURING COURT JUDGE, CLERKS, MY PUBLIC DEFENDER VERBALLY NOTED "SOMETHING IS WRONG WITH MY CASE" "WHY ARE WE HERE". WE HAD A BRIEF RECESS (ONE OF MANY AS TIME WENT BY.) JUDGES CONCERN WAS ABOUT GETTING CLARITY ON A FORMER ILLEGAL ADOPTION THAT TOOK PLACE YEARS PRIOR, AND BASICALLY GAVE ANOTHER COURT DATE, ALONG WITH TELLING ME MY KIDS COULD NOT GO HOME UNTIL HE COULD VERIFY FORMER ADOPTION MATTER AND MERITS OF ALLEGATIONS. JUDGE HAD MADE COURT ORDER FOR CPS TO ALLOW/SETUP VISITATION FOR ME IN WHICH CPS NEVER FOLLOWED COURT ORDER, I NEVER SAW KIDS.

Page Number

10. DURING THE RECESS, MY ATTORNEY AT TIME TIM MAHAR, TOLD ME I COULD SUE STATE, GOVERMENT, CPS, THE HOSPITAL AND MY CASE WAS AN UNUSUAL PRECEDENT CASE. HE TOLD ME HE COULD NO LONGER REPRESENT ME AT COURT DUE TO RELOCATION, BUT WOULD REFER ME TO ANOTHER ATTORNEY NAMED AMY EINSTEIN, WHO NEVER ENDED UP REPRESENTING ME, NOR DID I EVER MEET HER. INSTEAD A SARAH BECKETT & UNKNOWN MALE ATTORNEY REPRESENTED ME FOR NEXT HEARING. I ASKED MY ATTORNEY TO REQUEST A DEMURRE DISMISSAL, BUT HE WAS NOT SURE IF I QUALIFIED FOR ONE.

11. MY NEXT HEARING NOV 14-16? (timeframe) 2011, I ASKED FOR A SPEEDY TRIAL (10 DAY) WHICH WAS GRANTED. I FELT ONE ATTORNEY SEEMED UNFAMILIAR WITH MY CASE AND THE OTHER SEEMED TO BE NEW AT HER POSITION AS AN ATTORNEY AS EVIDENCED BY ONE SITTING IN CROWD SEATS WHO APPEARED TO BE GIVING HER ANSWERS ON HOW TO RESPOND TO MY CASE TO JUDGE. I WAS ALSO SUBJECT TO BEING PLACED IN SIDE ROOM NEAR COURT ROOM, WHILE COURT WAS STILL IN SESSION AND POLICE, ON BOTH CPS AND MY REPRESENTATION SPOKE ABOUT ME, WHICH SEEMED UNETHICAL TO ME. KIDS REMAINED IN CPS CUSTODY

12. NOV 28TH, 2011, A SPEEDY TRIAL/MOCK PSUEDO TRIAL OCCURRED AT MONTEREY PARK COURTHOUSE IN WHICH ONLY I WAS QUESTIONED/CROSS EXAMINED. THE SOCIAL WORKERS, OTHER UNKNOWN PARTIES SAT IN CROWD SEATS. I DON'T FEEL I WAS GIVEN A FAIR TRIAL AS I NEVER WAS ALLOWED TO PRESENT MY EVIDENCE AS MY ATTORNEY FAILED TO PRESENT A MOTION TIMELY, SHE ALSO SHREDDED MY EVIDENCE. I WAS NEVER ALLOWED TO FACE MY ACCUSERS, SOCIAL WORKERS ETC. NO ONE WAS QUESTIONED BUT ME. THE CASE WAS DISMISSED, THE CHILDREN WERE ORDERED TO RETURN HOME YET CPS DELAYED PROCESS WITH LIES, CONFUSION, EXCUSES. KIDS RETURNED HOME LATE EVENING, BRUISED, SCALY & INJURED, FURTHER DISABLED

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(VIOLATION OF CIVIL RIGHTS: UNLAWFUL ARREST, SEARCH, CONFINEMENT CUSTODY 4TH & 14th Amendments / 42 U.S.C. §1983)

(As against Defendant(s): CHILD PROTECTIVE SERVICES, HOLLYWOOD PRESBYTERIAN HOSPITAL, HOLLYWOOD POLICE DEPT, L.A.P.D.

1. Plaintiff realleges paragraphs 1 through 12. BY doing so the acts described above in paragraphs 1-12, defendant caused and or permitted the violation of plaintiffs Fourth and fourteenth amendment rights to be free from unreasonable searches, seizures thereby entitling plaintiff to recover damages pursuant to 42 U.S.C §1983

2. (VIOLATION OF CIVIL RIGHTS: VIOLATION OF DUE) PROCESS (14TH AMENDMENT / 42 U.S.C §1983 plaintiff realleges paragraphs 1 through 12 by doing so the acts described above in paragraphs 1-12, defendant ecused and or permitted the violation of plaintiffs right to due process guaranteed by the fourteenth amendment, thereby entitling plaintiff to recover damages pursuant to 42 U.S.C §1983.

3. Violations include fabrication of cps record report by cps workers, including renite bloods, warrantless entry, falsified police reports & juvenile records without proper investigation, cps failure to follow court order for visitation to children, cps lying about location of foster parent, false charges of abuse, neglect, murder, emotional abuse.

## SECOND CAUSE OF ACTION

(VIOLATION, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW 18 U.S.C. §242)
*insert title of cause of action*

(As against Defendant(s): CHILD PROTECTIVE SERVICES, HOLLYWOOD PRESBYTERIAN HOSPITAL, HOLLYWOOD POLICE DEPT, L.A.P.D)

4. Plaintiff realleges paragraphs 1 through 12. By doing the acts described in paragraphs 1-12 defendants caused or permitted the violation of plaintiff's amendment rights to be free from unreasonable acts such as illegal seizure, kidnapping, racism, punishment due to financial indigency, thereby entitling plaintiff to recover damages pursuant to 18 U.S.C §242.

5. Plaintiff alleges fabrication of records, medical, cps & police records based upon hearsay/rumor statements by vindictive parties. Plaintiff further alleges fabrication to illegally seize children, failure to adhere to warrant clause, lack of due diligence by police officers, cps misrepresentation of facts, cps libel & slander.

6. Plaintiff alleges violations of adoption laws of record retrieval/sealed records contacting adoptive agency, breaking confidentiality, canvassing neighborhoods knocking on doors disclosing my personal information, cps unethical attempts to place me on a child abuse offender list without evidence of abuse.

## THIRD CAUSE OF ACTION

(Violation of civil rights act of 1964 section 504 of rehabilitation act 1973 American disability act of *insert title of cause of action* 1990 (amendments 4, 5, 6, 8, 14,

(As against Defendant(s): CHILD PROTECTIVE SERVICES DOE DEFENDANTS, NENITA BULANIDUS )

__7.__ plaintiff realleges paragraphs 1-12. By doing so plaintiff alleges defendant violated 4th amendment of illegal search & seizure of children, amendment 5, the use of statements to be used against me as a witness against myself, amendment 6 denial of information pertaining to accusers & allegations against me. Plaintiff alleges lack of medical records to WIC program denying services due to open CPS case of kidnapped.

__8.__ plaintiff further alleges amendment 8 cruel & unusual punishment of emotional & physical sort. plaintiff suffered infected csection as result of having to climb hill, use public transportation to attend court proceedings due to child abuse allegations, CPS used P.T.S.D. disability status, head injury as one other reason to justify child removal.

__9.__ plaintiff alleges amendment 14 violation due to lack of due process. defendant caused and or permitted violations of various amendments rights's (4,5,6,8,14) to be free of such violations thereby entitling plaintiff to recover damages pursuant to 4, 5, 6, 8, 14, amendments U.S.C. Plaintiff wishes to sue all parties in individual & professional capacity.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

10. Compensatory damages, including general & special damages, propititory damages, due to pernenent injuries of children of stele disability, according to facts of proof, damages for medical neglisence, battery, tort, ETCETERA. Privacy invasion, $4 MILLION

11. Removal of false claims against me off cps record, dismissal/firing of cps workers; appropricte justice to fit violations of laws, revision of child protection law act. Fees to incur if false call placed ($5,000)

12. Plaintiff requests jury trial on all issues in this complaint. Plaintiff requests punitive damages. Changes to CPS law; fees to callers who place false calls & will face prosecution, criminal & civil for traumatic end results brought to innocent persons.

13. Plaintiff requests the assistance of Probono or lowrate contingency plan federal civil rights attorney or public counsel

Dated: 11/4/2012
Sign: _____
Print Name: TONISHA ROBINSON

11
Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 11/14/2012

Sign: [signature]

Print Name: TONESHA ROBINSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

### CV12- 9469 DSF (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
TONISHA ROBINSON
12311 CHANDLER BLVD #45
NORTH HOLLYWOOD, CA, 91607

IN PRO SE / PROPER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TONISHA ROBINSON

PLAINTIFF(S)

v.

CHILD PROTECTIVE SERVICES
HOLLYWOOD POLICE DEPARTMENT
LOS ANGELES POLICE DEPARTMENT
HOLLYWOOD PRESBYTERIAN HOSPITAL
W.I.C.

DEFENDANT(S).

CASE NUMBER

CV12·9469 DSF (FFMx)

SUMMONS

TO: DEFENDANT(S): HOLLYWOOD POLICE DEPARTMENT, CHILD PROTECTIVE SERVICES, W.I.C. SERVICES, LOS ANGELES POLICE DEPARTMENT, HOLLYWOOD PRESBYTERIAN HOSPITAL,

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____, whose address is _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: NOV 16 2012

By: _____
(Seal of the Court)

1184

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

FOR OFFICE USE ONLY

CV-01A (12/07)                                    SUMMONS

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
TONISHA ROBINSON

**DEFENDANTS** CHILD PROTECTIVE SERVICES
HOLLYWOOD POLICE DEPARTMENT
LOS ANGELES POLICE DEPARTMENT
W.I.C.
HOLLYWOOD ~~POLICE DEPARTMENT~~ PRESYBYTERIAN HOSPITAL

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
TONISHA ROBINSON
(IN PRO / SE PROPER) 12311 CHANDLER BLVD #43
NORTH HOLLYWOOD, CA, 91607 (424) 230-9668

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☐ **MONEY DEMANDED IN COMPLAINT:** $ 4 MILLION / $4000000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42. U.S.C. 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | | | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 4 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 5 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 6 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☒ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: CV12-9469

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 11/5/2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |