UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TONISHA T. ROBINSON, | ) No. CV 12-9469 DSF (FFM) |
|---|---|
| Plaintiff, | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| DEPARTMENT OF FAMILY CHILDREN SERVICES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(a) Plaintiff is permitted to serve process on defendants Bulandus, Duarte, Chung, Horn, Frias, and Zehner in connection with plaintiff's claims for unlawful search;

(b) Plaintiff's claims against defendants Bulandus, Jacobs, Montgomery, Gamboa, Ayala, Mason, Willingham, Browing, S. Smith and T. Smith for providing false statements in connection with the investigation of plaintiff are dismissed for failure to state a claim with leave to amend;

1       (c) All other claims and all other defendants are dismissed with prejudice
2       and without leave to amend for failure to state a claim; and
3       (d) Plaintiff may either file a Third Amended Complaint which amends the
4       false statements claim within 30 days of the date of this order or request that
5       a summons be issued and proceed solely against defendants Bulandus,
6       Duarte, Chung, Horn, Frias and Zehner on the claim for unlawful search.
7       Plaintiff is cautioned that, if she elects to file a Third Amended Complaint, any
8 other claims or defendants added to the Third Amended Complaint without prior Court
9 approval will be stricken. Plaintiff may only add more specific allegations regarding the
10 false statements allegedly made by the social workers in connection with the
11 investigation of plaintiff. Finally, all defendants who have been dismissed should be
12 deleted from plaintiff's Third Amended Complaint.
13       IT IS SO ORDERED.
14       3/18/13
15 DATED: _____

                                           DALE S. FISCHER
                                      United States District Judge