JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
June 5, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TONISHA T. ROBINSON, | Case No. CV 12-09469-DSF (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| NENITA BELANDUS et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 6/4/14

*Dale S. Fischer*

_____
DALE S. FISCHER
United States District Judge

**ENTERED**
CLERK, U.S. DISTRICT COURT
June 5, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY